UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QWANELL JONES,

        Plaintiff,

    v.

OFFICER FORD, MEDICAL STAFF and
UNKNOWN OFFICERS,

        Defendants.

Case No. 14-cv-96-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 18) of Magistrate Judge Philip M. Frazier recommending that the Court grant defendant Officer Ford's motion for summary judgment (Doc. 15) and that the Court *sua sponte* dismiss the remaining claims against unknown parties without prejudice for lack of service of process.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 18);
- **GRANTS** Officer Ford's motion for summary judgment on Counts 1 and 2 (Doc. 15);
- **DISMISSES** *sua sponte* plaintiff Qwanell Jones' claims against Medical Staff and Unknown Officers; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   March 17, 2015**

                                  s/ J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**